HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
DAVID JAMES LIRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:16-cr-056 GEB |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DAVID JAMES LIRA, | DATE: May 13, 2016<br>TIME 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for David James Lira, that the status conference scheduled for May 13, 2016 be vacated and be continued to May 27, 2016 at 9:00 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including May 27, 2016, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

| | | |
|---|---|---|
| 1 | DATED: May 11, 2016 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| | | Federal Defender |
| 3 | | |
| 4 | | */s/ Benjamin D. Galloway* |
| | | BENJAMIN D. GALLOWAY |
| 5 | | Assistant Federal Defender |
| | | Attorney for DAVID JAMES LIRA |
| 6 | DATED: May 11, 2016 | PHILLIP A. TALBERT |
| | | Acting United States Attorney |
| 7 | | |
| 8 | | */s/ Michelle Rodriguez* |
| | | MICHELLE RODRIGUEZ |
| 9 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

Stipulation and [Proposed] Order
to Continue Status Conference

-2-

1  ORDER

2      IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3  stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4  its order. The Court specifically finds the failure to grant a continuance in this case would deny

5  counsel reasonable time necessary for effective preparation, taking into account the exercise of

6  due diligence.  The Court finds the ends of justice are served by granting the requested

7  continuance and outweigh the best interests of the public and defendant in a speedy trial.

8      The Court orders the time from the date the parties stipulated, up to and including May

9  27, 2016, shall be excluded from computation of time within which the trial of this case must be

10  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

11  [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further**

12  **ordered** the May 13, 2016 status conference shall be continued until May 27, 2016, at 9:00 a.m.

13  Dated:  May 12, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and [Proposed] Order
to Continue Status Conference

-3-